MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No. 7661
YANXIONG LI, ESQ.
Nevada Bar No. 12807
**BLACK & LOBELLO**
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile:  (702) 869-2669
mcouvillier@blacklobellolaw.com
mli@blacklobellolaw.com
*Attorneys for Defendant, Golden River Investments, LLC*

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel NORMA ARIAS BENITEZ, et al., <br><br> Relator, <br><br> vs. <br><br> GOLDEN RIVER INVESTSMENTS, LLC, et al., <br><br> Defendants. | Case No: 2:15-cv-01688-LDG-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOLDEN RIVER INVESTMENTS, LLC TO FILE A RESPONSE TO THE COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, GOLDEN RIVER INVESTMENTS, LLC (hereinafter, "GRI") and Relator, NORMA A. BENITEZ, by and through their undersigned attorneys, that GRI shall have up to and including March 21, 2016 to respond to Relator's Complaint.

This is GRI's first request for an extension to file its response, and is not intended to cause any delay or prejudice to any party.  Trial has not been set in this case yet.

///

///

///

| | | |
|---|---|---|
| 1 | BLACK & LOBELLO | NEVADA LEGAL SERVICES |
| 2 | | |
| 3 | By:  /s/ *Yanxiong Li* | By:  */s/ Ron Y. Sung* |
| 4 | YANXIONG LI, ESQ.<br>Nevada Bar No. 12807 | RON Y. SUNG, ESQ.<br>Nevada Bar No. 5919 |
| 5 | 10777 W. Twain Ave., Ste. 300<br>Las Vegas, NV 89135 | 530 S. 6th Street<br>Las Vegas, NV 89101 |
| 6 | *Attorneys for Defendant,* | Attorneys for Relator, |
| 7 | *Golden River Investments, LLC* | *Norma A. Benitez* |
| 8 | DATED:  February 18th__, 2016 | DATED:  February  18th , 2016 |

///

///

///

Page 2 of 4

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

~~1.  The Defendant GRI's response to Relator's Complaint shall be filed and served no later than March 21, 2016.~~

DENIED.  *See* Local Rule 6-1(b) (a request for extension must "state the reasons for the extension sought").

~~IT IS SO ORDERED~~  Dated:  February 18, 2016.

By:_____
United States Magistrate Judge

Submitted by:

BLACK & LOBELLO


By:  /s/ *Yanxiong Li*
YANXIONG LI, ESQ.
Nevada Bar No. 12807
10777 W. Twain Ave., Ste. 300
Las Vegas, NV 89135

*Attorneys for Defendant,
Golden River Investments, LLC*