1  MAXIMILIANO D. COUVILLIER III, ESQ.
   Nevada Bar No. 7661
2  YANXIONG LI, ESQ.
   Nevada Bar No. 12807
3  **BLACK & LOBELLO**
   10777 W. Twain Avenue, Third Floor
4  Las Vegas, Nevada 89135
   Telephone: (702) 869-8801
5  Facsimile:  (702) 869-2669
   mcouvillier@blacklobellolaw.com
6  mli@blacklobellolaw.com
   *Attorneys for Defendant, Golden River Investments, LLC*
7

8

9                    **UNITED STATE DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  UNITED STATES OF AMERICA, ex rel        Case No:  2:15-cv-01688-LDG-NJK
    NORMA ARIAS BENITEZ, et al.,
12
                 Relator,
13
         vs.                               **AMENDED STIPULATION AND ORDER**
14                                          **FOR EXTENSION OF TIME FOR**
    GOLDEN RIVER INVESTSMENTS, LLC, et      **GOLDEN RIVER INVESTMENTS, LLC**
15  al.,                                    **TO FILE A RESPONSE TO THE**
                                            **COMPLAINT**
16
                 Defendants.                **(FIRST REQUEST)**
17

18

19        IT IS HEREBY STIPULATED AND AGREED between Defendant, GOLDEN RIVER

20  INVESTMENTS, LLC (hereinafter, "GRI") and Relator, NORMA A. BENITEZ, by and through

21  their undersigned attorneys, that GRI shall have up to and including March 21, 2016 to respond

22  to Relator's Complaint.

23        GRI's counsel is currently facing deadlines on several other matters that will impact the

24  ability of Defendants' counsel to prepare and file a responsive pleading;

25        Further, the parties believe that an extension increases the possibility of settlement, which

26  will allow the case to be resolved and removed from the Court's crowded docket;

27  / / /

28  / / /

Page 1 of 4

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

1         This is GRI's first request for an extension to file its response, and is not intended to

2    cause any delay or prejudice to any party.  Trial has not been set in this case yet.

3

4    BLACK & LOBELLO                     NEVADA LEGAL SERVICES

5

6    By:   /s/ *Yanxiong Li*                By: */s/ Ron Y. Sung*
         YANXIONG LI, ESQ.                      RON Y. SUNG, ESQ.

7        Nevada Bar No. 12807                  Nevada Bar No. 5919
         10777 W. Twain Ave., Ste. 300          530 S. 6th Street

8        Las Vegas, NV 89135                   Las Vegas, NV 89101

9        *Attorneys for Defendant,*               Attorneys for Relator,

10       *Golden River Investments, LLC*        *Norma A. Benitez*

11   DATED:  February 19, 2016             DATED:  February 19, 2016

12   ///

13   ///

14   ///

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BLACK & LOBELLO**
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada  89135
(702) 869-8801 FAX:  (702) 869-2669

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      The Defendant GRI's response to Relator's Complaint shall be filed and served no later than March 21, 2016.

IT IS SO ORDERED February 22                            _____, 2016.

By:_____

United States Magistrate Judge

Submitted by:

BLACK & LOBELLO


By:   /s/ *Yanxiong Li*
         YANXIONG LI, ESQ.
         Nevada Bar No. 12807
         10777 W. Twain Ave., Ste. 300
         Las Vegas, NV 89135
         *Attorneys for Defendant,*
         *Golden River Investments, LLC*

BLACK & LOBELLO
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28