**JOINTLY FILED**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel NORMA ARIAS BENITEZ, et al.,<br><br>　　　　　Relator,<br><br>　vs.<br><br>GALLIANO, LLC, et al.,<br><br>　　　　　Defendants. | Case No: 2:15-cv-01688-LDG-NJK<br><br>**STIPULATION TO WITHDRAW DEFENDANTS' JOINT MOTION TO STAY DISCOVERY** |

### STIPULATION

1. Defendants filed their Joint Motion to Stay Discovery on March 28, 2016. (Dkt. 24).

2. Plaintiff filed a Response on March 30, 2016. (Dkt. 27).

3. No oral argument has been set.

4. Following the parties' FRCP 26(f) conference, parties agreed that their best interests would be served by proceeding with discovery under the timeframes set forth in their Proposed Discovery Plan and Scheduling Order (Dkt. 29).

5. Accordingly, parties, by their undersigned attorneys of record, hereby stipulate and request that the Court order that Defendants' Motion to Stay Discovery and Plaintiff's Response thereto be withdrawn without prejudice.

1

1918132.1

| | |
|---|---|
| BLACK & LOBELLO | HOWARD & HOWARD |
| By: /s/ Yanxiong Li | By: /s/ Robert W. Hernquist |
| YANXIONG LI, ESQ. | ROBERT W. HERNQUIST, ESQ. |
| Nevada Bar No. 12807 | Nevada Bar No. 10616 |
| TODD E. KENNEDY, ESQ. | WADE B. GOCHNOUR, ESQ. |
| Nevada Bar No. 6014 | Nevada Bar No. 6314 |
| 10777 W. Twain Ave., Ste. 300 | 3800 Howard Hughes Pkwy |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89169 |
| *Attorneys for Defendant,* | *Attorneys for Defendant,* |
| *Golden River Investments* | *Galliano LLC* |
| DATED: April 10, 2016 | DATED: April 10, 2016 |

NEVADA LEGAL SERVICES

By: /s/ Rong Sung
    I. KRISTINE BERGSTROM, ESQ.
    Nevada Bar No. 10841
    RONG SUNG, ESQ.
    Nevada Bar No. 13047
    530 South Sixth St.
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*Norma Arias Benitez*

DATED: April 10, 2016

## ORDER

IT IS SO ORDERED on this  11th  day of  April , 2016.

By: _____
UNITED STATES MAGISTRATE JUDGE

2

1918132.1