**JOINTLY FILED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel NORMA ARIAS BENITEZ, et al., <br><br>　　　　Relator, <br><br>vs. <br><br>GALLIANO, LLC, et al., <br><br>　　　　Defendants. | Case No: 2:15-cv-01688-LDG-NJK <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOLDEN RIVER INVESTMENTS TO FILE THEIR RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 42) |

### STIPULATION

Parties, by their undersigned attorneys of record, hereby stipulate and request that the deadline for Defendants to file their respective Responses in opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 42) is extended from July 16, 2016 to July 21, 2016.

This is the parties' first request for an extension of time regarding Defendants' Responses. This extension is appropriate because counsels for Defendants are involved in a number of cases in which counsels are facing impending deadlines. A short extension is necessary to finalize the Response briefs. Trial date has not been set.

///

1

1918132.1

| | |
|---|---|
| **BLACK & LOBELLO** | **HOWARD & HOWARD** |
| By: /s/ Yanxiong Li | By: /s/ Robert W. Hernquist |
| YANXIONG LI, ESQ.<br>Nevada Bar No. 12807<br>TODD E. KENNEDY, ESQ.<br>Nevada Bar No. 6014<br>10777 W. Twain Ave., Ste. 300<br>Las Vegas, Nevada 89135 | ROBERT W. HERNQUIST, ESQ.<br>Nevada Bar No. 10616<br>WADE B. GOCHNOUR, ESQ.<br>Nevada Bar No. 6314<br>3800 Howard Hughes Pkwy<br>Las Vegas, Nevada 89169 |
| *Attorneys for Defendant,*<br>*Golden River Investments* | *Attorneys for Defendant,*<br>*Galliano LLC* |
| DATED: July 18, 2016 | DATED: July 18, 2016 |

**NEVADA LEGAL SERVICES**

By: /s/ Rong Sung
   I. KRISTINE BERGSTROM, ESQ.
   Nevada Bar No. 10841
   RONG SUNG, ESQ.
   Nevada Bar No. 13047
   530 South Sixth St.
   Las Vegas, Nevada 89101

*Attorneys for Plaintiff,*
*Norma Arias Benitez*

DATED: July 18, 2016

**ORDER**

**IT IS SO ORDERED** on this _____ day of ____July____, 2016.

By: _____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE