RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Norma Arias Benitez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* NORMA ARIAS BENITEZ, Relatrix, and NORMA ARIAS BENITEZ, Plaintiffs, v. GALLIANO, LLC, a Nevada Corporation, and GOLDEN RIVER INVESTMENTS, LLC, a Nevada Corporation, d/b/A GOLDEN RIVER REALTY, Defendants. | CASE NO.: 2:15-cv-01688-LDG-NJK  **ORDER FOR PARTIAL SUMMARY JUDGMENT** |
| GOLDEN RIVER INVESTMENTS, LLC, Counter-Plaintiff, v. NORMA ARIAS BENITEZ, Counter-Defendant. | |

Plaintiff/Relatrix Norma Arias Benitez having moved for summary judgment pursuant to Fed. R. Civ. P. 56(a), on the grounds that there are no material facts in dispute and Plaintiff is

1

entitled to judgment as a matter of law, and upon consideration upon the papers and pleadings on file herein,

IT IS ORDERED that Plaintiff's motion for summary judgment is GRANTED IN PART AND DENIED IN PART;

IT IS FURTHER ORDERED that Defendants GALLIANO, LLC, and GOLDEN RIVER INVESTMENTS, LLC, are liable for $75,555 in three-times actual damages and $176,000 in civil penalties for 32 separate violations of the False Claims Act, 31 U.S.C. §3729(a)(1) and (3); 28 C.F.R. 85.3;

IT IS FURTHER ORDERED that Plaintiff/Relatrix is entitled to her costs for bringing this civil action to recover penalties and damages under the FCA; and

IT IS FURTHER ORDERED that genuine issues of material fact remain regarding Plaintiff's second claim of declaratory judgment that Defendants erroneously charged late fees.

DATED this __31st__ day of ____January____, 2018.

_____
Lloyd D. George
United States District Judge

Respectfully Submitted by:

/s/ Ron Sung
RON SUNG, ESQ.
Nevada State Bar No. 13047
NEVADA LEGAL SERVICES, INC.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
Attorneys for Tenant