WRIGHT, FINLAY & ZAK, LLP
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
yli@wrightlegal.net
*Attorneys for Defendant/Counterclaimant, Golden River Investments, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. NORMA ARIAS BENITEZ, Relator; and NORMA ARIAS BENITEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GALLIANO, LLC, a Nevada Corporation; and GOLDEN RIVER INVESTMENTS, LLC, a Nevada Corporation, d/b/a GOLDEN RIVER REALTY,<br><br>Defendants. | Case No.: 2:15-cv-01688-LDG-NJK<br><br>**SUBSTITUTION OF COUNSEL** |
| GOLDEN RIVER INVESTMENTS, LLC, a Nevada Corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>NORMA ARIAS BENITEZ,<br><br>Counter-Defendant | |

///

///

1

Defendant/Counterclaimant, GOLDEN RIVER INVESTMENTS, LLC, hereby substitutes and appoints the law firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of the law firm Black & Lobello.

DATED this 1st day of February, 2018

GOLDEN RIVER INVESTMENTS, LLC
By: _____
Name: Karen Tam
Its: Manager

Black & Lobello hereby substitutes in its place and stead the law firm of Wright, Finlay & Zak, LLP as attorneys for Defendant/Counterclaimant, GOLDEN RIVER INVESTMENTS, LLC, in the above-entitled matter.

DATED this 2nd day of December, 2016.

BLACK & LOBELLO
_____
Maximiliano Couvillier, Esq.
Nevada Bar No. 7661
10777 West Twain Ave., Third Floor
Las Vegas, NV 89135

///
///
///
///
///
///
///
///
///

2

Wright, Finlay & Zak, LLP hereby accepts substitution as attorneys for Defendant/Counterclaimant, GOLDEN RIVER INVESTMENTS, LLC, in the above-entitled matter in place and stead of Black & Lobello.

DATED this 1st day of February, 2016.

WRIGHT, FINLAY & ZAK, LLP

_____
Dana J. Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117

IT IS SO ORDERED.
Dated: February 2, 2018

_____
United States Magistrate Judge