# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., | Case No. 2:15-cv-01688-LDG-NJK |
| Plaintiff, | |
| vs. | ORDER |
| GALLIANO, LLC, et al., | |
| Defendants. | |

On March 16, 2018, Plaintiff Norma Arias Benitez filed a unilateral proposed pretrial order. Docket No. 73. Plaintiff represents that counsel for the parties "have not met to discuss this matter." *Id*. at 9.

Local Rule 16-3(b) clearly requires the submission of a joint proposed pretrial order. Plaintiff's filing fails to comply. Accordingly, the Court **STRIKES** the filing at Docket No. 73 and **ORDERS** the parties to file, no later than March 26, 2018, a joint proposed pretrial order that complies in full with the Court's Local Rules.

IT IS SO ORDERED.

DATED: March 19, 2018.

NANCY J. KOPPE
United States Magistrate Judge