WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq. (NBN 50)
Yanxiong Li, Esq. (NBN 12807)
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Defendant/Counterclaimant,*
*Golden River Investments, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. NORMA ARIAS BENITEZ, Relatrix; and NORMA ARIAS BENITEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> GALLIANO, LLC and GOLDEN RIVER INVESTMENTS, LLC d/b/a GOLDEN RIVER REALTY, <br><br> Defendants. | Case No.:  2:15-cv-01688-LDG-NJK <br><br> **JOINT STATUS REPORT** |
| GOLDEN RIVER INVESTMENTS, LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> NORMA ARIAS BENITEZ, <br><br> Counter-Defendant. | |

The undersigned parties, by and through their respective attorneys of record, stipulate and request a stay of proceedings based on progress made in settlement discussions:

1. Plaintiff commenced this case on or about September 2, 2015 by filing her False Claims Act Complaint [ECF Nos. 1, 6].

2. Based on substantial progress made in settlement discussions, the undersigned parties stipulated to stay all proceedings in this action on February 7, 2019, which this Court approved on February 11, 2019. [ECF Nos. 90, 91].

3. The undersigned Parties jointly submit this Status Report pursuant to the Order granting stipulation to temporarily stay case pending settlement [ECF No. 91, at 3:3-5].

4. Since filing their stipulation for stay of this case, the undersigned Parties have worked diligently and in good faith to finalize negotiation on essential terms of settlement, reach a resolution in principal and memorialize their agreement in written form.

5. Parties have finalized the written agreement and are in the process of procuring signatures and executing same.

6. Parties, therefore, request an additional 30 days, up to and including June 12, 2019 to file the appropriate pleadings and papers to finally resolve remaining motions, claims and defenses in this action.

| WRIGHT FINLAY & ZAK, LLP | NEVADA LEGAL SERVICES, INC. |
|---|---|
| */s/ Yanxiong Li, Esq.* | */s/ Ron Sung, Esq.* |
| Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Golden River Investments, LLC* | Ron Sung, Esq.<br>Nevada Bar No. 13047<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>*Attorney for Norma A. Benitez* |

HOWARD & HOWARD ATTORNEYS PLLC

*/s/ Robert Hernquist, Esq.*
Robert Hernquist, Esq..
Nevada Bar No. 10616
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
*Attorney for Galliano, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this ___ day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE